

McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    CR. NO 1: 0 8 CR   0 0 1 9 7 OWW
                                )
          Plaintiff,            )    MOTION TO SEAL INDICTMENT
                                )    PURSUANT TO FEDERAL RULES OF
     v.                         )    CRIMINAL PROCEDURE, RULE 6(e).
                                )
ENAIN DIAZ BUSTOS               )
   aka Enain Bustos-Diaz,       )
                                )
          Defendant.            )

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the indictment returned by the Grand Jury on June 19, 2008, which charges the defendant with violation of 8 U.S.C. § 1326(a) and (b)(2) - Deported Alien Found in the United States, be kept secret until the defendant named in that indictment is either in custody or has been given bail; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

///

```
DATED: June 19, 2008                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                        By /s/ Dawrence W. Rice, Jr.
                                        DAWRENCE W. RICE, JR.
                                        Assistant U.S. Attorney


ORDERED as prayed this  19  day of June, 2008.

                                        _____
                                        GARY S. AUSTIN
                                        U.S. Magistrate Judge
```