```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  DAWRENCE W. RICE, JR.
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,    )   1:08-cr-00197 OWW
                                 )
11                Plaintiff,     )   MOTION AND ORDER
                                 )   TO UNSEAL INDICTMENT
12       v.                      )
                                 )
13  ENAIN DIAZ BUSTOS            )
       aka Enain Bustos-Diaz,    )
14                               )
                  Defendant.     )
15
16       The government moves the Court, pursuant to Rule 6(e) of the
17  Federal Rules of Criminal Procedure, to order that the sealed
18  indictment returned by the Grand Jury on June 19, 2008, which
19  charges the defendant with violation of 8 U.S.C. § 1326(a) and
20  (b)(2) - Deported Alien Found in the United States, be unsealed to
21  enable the arrest warrant for the defendant to be referred to the
22  United States Marshals Fugitive Task Force in hopes that he might
23  be apprehended.
24  DATED: February 24, 2009            Respectfully submitted,
25                                      LAWRENCE G. BROWN
                                        Acting United States Attorney
26
                                        By /s/ Dawrence W. Rice, Jr.
27                                        DAWRENCE W. RICE, JR.
                                          Assistant U.S. Attorney
28
                                 1
```

IT IS SO ORDERED.

    The Indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED this __25th__ day of February, 2009, that the indictment be unsealed and made public record.

IT IS SO ORDERED.

**Dated:   February 25, 2009**          _____/s/ Sandra M. Snyder_____
                                                    UNITED STATES MAGISTRATE JUDGE