Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: **Enain Diaz Bustos,** Defendant.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Enain Diaz Bustos** ) <br> Defendant. ) <br> ) <br> ) <br> ) | Criminal Case No.: 1:08-cr-00197-OWW <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER THERON** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that, effective immediately, counsel of record for defendant Enain Diaz Bustos has changed.  Enain Diaz Bustos hereby substitutes Peter Singh, Esq. of the law offices of Peter Singh & Associates, P.C., 2055 San Joaquin St., Fresno, California 93721, in the place of the appointed Federal Defender, Charles J. Lee of the Federal Defender's Office, 2300 Tulare Street, Suite 330, Fresno, California 93721, as his attorney of record in this action

Dated: February 11, 2010.

                                        By:   /s/ Enain Diaz Bustos
                                              Enain Diaz Bustos

The following attorneys accepted this substitution of counsel:

Dated: February 11, 2010                                    FEDERAL DEFENDER'S OFFICE

By:    /s/ Charles J. Lee
       Eric K. Fogderude

Dated: February 11, 2010                                    PETER SINGH & ASSOCIATES, P.C.

By:    /s/ Peter Singh
       Peter Singh

E-Filing Attestation: I, Peter Singh, am the ECF User whose ID and password are being used to file this Substitution of Counsel. I hereby attest that Enain Diaz Bustos and counsel Charles J. Lee of the Federal Defender's Office, have concurred in this filing.

Dated: February 11, 2010                                    PETER SINGH & ASSOCIATES, P.C.

By:    /s/ Peter Singh
       Peter Singh

## ORDER

The foregoing substitution of counsel is authorized by the Court and the Clerk of the Court is directed to make the appropriate change in the docket.

IT IS SO ORDERED.

**Dated:   February 11, 2010**                             /s/ Oliver W. Wanger
                                                                           UNITED STATES DISTRICT JUDGE