Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: **ENAIN DIAZ BUSTOS,** Defendant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>   v.<br><br>ENAIN DIAZ BUSTOS,<br>      Defendant. | Criminal Case No.: 1:08-CR-197 OWW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING, AND ORDER THEREON**<br><br>Date:  July 19, 2010<br>Time: 9:00 a.m.<br>Place: Department 3<br><br>*Honorable Oliver W. Wanger, Presiding* |

   **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference hearing in the above-captioned matter now scheduled for June 21, 2010, **may be continued to July 19, 2010, at 9:00 a.m.**

   The grounds for the continuance are a conflict of schedule in Defense attorney's calendar and for further defense preparation and plea negotiations.

///
///
///
///
///
///
///

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

Dated: June 17, 2010                                    Respectfully Submitted by:

                                                        By:     /s/ Peter Singh
                                                        PETER SINGH, Esq.
                                                        Attorney for ENAIN DIAZ BUSTOS

Dated: June 17, 2010                                    U.S. Attorney's Office, Eastern Dist. Of California

                                                        By:     /s/ Ian Garriques
                                                        IAN GARRIQUES, Esq.
                                                        Assistant U.S. Attorney.

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161 (B)(ii)(iv).

IT IS SO ORDERED.

**Dated:   June 18, 2010**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE